**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **GLENDA MICAELA PEREZ AGUSTIN,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-453-KC** |
| | § | |
| **KRISTI NOEM et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered Glenda Micaela Perez Agustin's Motion to Enforce ("Motion"), ECF No. 7.  On February 26, 2026, the Court granted in part Perez Agustin's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 26, 2026, Order 3, ECF No. 4.  Respondents then informed the Court that an IJ granted Perez Agustin a $1,500.00 bond.  Status Report, ECF No. 5; *id.* Ex. A ("IJ Order") at 1, ECF No. 5-1.

Perez Agustin now seeks to enforce the Court's February 26, 2026, Order because, although she was released, she has been subjected to additional conditions of release that were not included in the IJ Order—namely, an ankle monitor.  Mot. ¶¶ 2–3.  After review, this case appears materially indistinguishable from this Court's decision in *Montes Aguillon v. Bondi*, No. 3:26-cv-71-KC, 2026 WL 531899, at *2 (W.D. Tex. Feb. 25, 2026).  In *Montes Aguillon*, this Court ordered Respondents to remove a petitioner's ankle monitor after an IJ granted release on

bond because Respondents did "not have the statutory or regulatory authority to impose additional conditions of release not ordered by the IJ." *Montes Aguillon*, 2026 WL 531899, at *2.

Accordingly, the Court **ORDERS** that Respondents shall either: (1) **REMOVE** Perez Agustin's ankle monitor, or (2) **SHOW CAUSE** explaining how Perez Agustin's case is factually distinct from *Montes Aguillon*, **by no later than April 14, 2026**.

**SO ORDERED**.

**SIGNED this 7th day of April, 2026.**

**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**

2