IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| GLENDA MICAELA PEREZ AGUSTIN, | § § § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-453-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case. On April 7, 2026, the Court ordered Respondents to either remove Perez Agustin's ankle monitor or show cause explaining why Perez Agustin's case is factually distinct from this Court's decision in *Montes Aguillon v. Bondi*, No. 3:26-cv-71-KC, 2026 WL 531899, at *2 (W.D. Tex. Feb. 25, 2026). Apr. 7, 2026, Order 2, ECF No. 8.

Respondents have now filed a Response, ECF No. 9, and an Advisory, ECF No. 10. Respondents inform the Court that on April 14, Perez Agustin's ankle monitor was removed, and she was terminated from the alternatives to detention program. Advisory.

Accordingly, the Court **ORDERS** that Perez Agustin's Motion to Enforce, ECF No. 7, is **DENIED** as moot.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 15th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE